**AFFIRM AS MODIFIED; Opinion Filed March 9, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00300-CR
### No. 05-19-00301-CR

**NIGEL HAYS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F-1730683-H, F-1730684-H**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Pedersen, III
Opinion by Justice Partida-Kipness

Nigel Hays appeals from the revocation of community supervision and conviction for possession with intent to deliver gamma hydroxybutyrate and the revocation of community supervision for possession with intent to deliver methamphetamine. In one issue, Hays seeks to reform the trial court's judgments to accurately reflect his "Not true" plea to the State's motions to revoke community supervision and adjudicate guilt. The State agrees. We sustain Hays's sole issue, modify the judgments accordingly, and affirm the judgments as modified.

This Court has the power to correct and reform the judgments of the court below to make the record speak the truth when it has the necessary information to do so. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd). Appellate courts have the power to reform whatever the trial court could have corrected by a judgment nunc pro tunc when the evidence necessary to correct the judgment appears in the record. *Asberry*, 813 S.W.2d at 530. Appellate courts may reform judgments to correct improper recitations or omissions relating to punishment, delete affirmative findings improperly entered into the judgment, and correct statutory references. *See id.*; *Medlock v. State*, No. 05-11-00668-CR, 2012 WL 4125922, at *1 (Tex. App.—Dallas Sept. 20, 2012, no pet.) (mem. op., not designated for publication).

Hays was indicted for possession with intent to deliver at least 4 grams but less than 200 grams of methamphetamine (case F-1730683-H) and possession with intent to deliver at least 400 grams of gamma hydroxybutyrate (case F-1730684-H). *See* TEX. HEALTH & SAFETY CODE ANN. § 481.112. Hays pleaded guilty to both charges, and the trial court sentenced Hays to 10 years' community supervision in both cases, deferring adjudication of guilt in case F-1730684-H.

The State later alleged that Hays had violated the terms of his community supervision and moved to revoke community supervision or adjudicate guilt in both cases. The trial court granted the State's motions, sentenced Hays to 10 years'

–2–

imprisonment in case F-1730683-H, and adjudicated guilt and sentenced Hays to 20 years' imprisonment in case F-1730684-H. In both judgments, the trial court indicated that Hays pleaded "TRUE" to the State's motion. However, the record reflects that Hays pleaded "Not true."

Based on the record before the Court, we sustain Hays's sole issue and modify the judgments to reflect that Hays pleaded "NOT TRUE" to the "Plea to Motion to Revoke" in case F-1730683-H and the "Plea to Motion to Adjudicate" in case F-1730684-H. *See Asberry*, 813 S.W.2d at 530. We affirm the judgments as modified.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b).
190300F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

NIGEL HAYS, Appellant

No. 05-19-00300-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1, Dallas County, Texas Trial Court Cause No. F-1730683-H. Opinion delivered by Justice Partida-Kipness. Justices Osborne and Pedersen, III participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

The section entitled "Plea to Motion to Revoke" is modified to show "NOT TRUE."

As **MODIFIED**, the judgment is **AFFIRMED**.

Judgment entered this 9th day of March, 2020



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

NIGEL HAYS, Appellant

No. 05-19-00301-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1, Dallas County, Texas
Trial Court Cause No. F-1730684-H.
Opinion delivered by Justice Partida-Kipness. Justices Osborne and Pedersen, III participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

The section entitled "Plea to Motion to Adjudicate" is modified to show "NOT TRUE."

As **MODIFIED**, the judgment is **AFFIRMED**.

Judgment entered this 9th day of March, 2020